**W. Edward WOOD et al.**

v.

**Warren V. PICILLO et al.**

**No 80-419-A.**

Supreme Court of Rhode Island.

April 30, 1981.

Dennis J. Roberts II, Atty. Gen., Daniel J. Schatz, Sp. Asst. Atty. Gen., for plaintiffs.

Charles J. Rogers, Jr., Providence, for defendants.

ORDER

Plaintiffs seek a remand of this case to the Superior Court so that further relief may be sought against the Picillos. However, the papers herein were remanded on October 6, 1980, at plaintiffs' request so that proceedings against other specified defendants might continue. Since the matter has already been remanded, we hereby modify our previous remand order so as to authorize the Superior Court to hear the plaintiffs' motion for additional relief against the Picillos.

**GREAT AMERICAN NURSING CENTERS, INC.**

v.

**John H. NORBERG, Tax Administrator.**

**No. 79-103-Appeal.**

Supreme Court of Rhode Island.

May 1, 1981.

Higgins, Cavanagh & Cooney, Albert Romano, Guido R. Salvadore, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), Providence, for respondent.

ORDER

This case comes before the court on an order directed to the petitioner to show cause why the writ of certiorari issued in the instant case on April 12, 1979, 401 A.2d 60, should not be quashed as improvidently issued.

After consideration of the arguments presented before this court on April 23, 1981, it is our belief that cause has been shown. We reach this determination without prejudice to the respondent's right to renew his argument concerning the issue of timeliness of the petition.

Accordingly, it is hereby ordered that this petition be restored to the regular calendar.